| | | |
|---|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transferring Court)*<br>CR-14-00957-002-TUC-RM (DTF) | |
| | DOCKET NUMBER *(Receiving.Court)*<br>2:21-cr-0026 KJM | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>David Albert Benjamin<br>**FILED** Feb 03, 2021 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | DISTRICT<br>District of Arizona | DIVISION<br>4: Tucson |
| | NAME OF SENTENCING JUDGE<br>Honorable Rosemary Marquez<br>United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM 9/5/2018 | TO 9/4/2023 |

OFFENSE

Title 18, U.S.C. §2421 - Interstate Transportation for Prostitution

**PART 1- ORDER TRANFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, David Albert Benjamin, be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/27/2021
Date

Honorable Rosemary Marquez
Unites States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 3, 2021
Effective Date

KIMBERLY J. MUELLER
CHIEF UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA