UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 10, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALBERT BENJAMIN,<br><br>Defendant. | Case No. 2:21-cr-00026-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>DAVID ALBERT BENJAMIN</u> , Case No. <u>2:21-cr-00026-KJM</u>  Charge <u>18 U.S.C. § 3583</u> , from custody for the following reasons:

     X      Release on Previously Imposed Supervised Release Conditions

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

Issued at Sacramento, California on March 10, 2021 at 2:10 p.m.

By: *[signature]*
Magistrate Judge Jeremy D. Peterson