UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID ALBERT BENJAMIN,<br><br>　　　　　　Defendant. | Case No.  2:21-cr-00026-KJM<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DAVID ALBERT BENJAMIN, Case No. 2:21-cr-00026-KJM , Charge 18 U.S.C. § 3606, from custody for the following reasons:

__X__  Release on previously imposed supervised release conditions, to include location monitoring and home confinement.

_____  Bail Posted in the Sum of $ _____

　　　_____ Unsecured Appearance Bond $ _____

　　　_____ Appearance Bond with 10% Deposit

　　　_____ Appearance Bond with Surety

　　　_____ Corporate Surety Bail Bond

　　　_____ (Other):

__X__  Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on March 3, 2023 at 2:35 p.m.

*/s/ Jeremy D. Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE